UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2006 JAN 13  P 12: 46

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**JEANNETTE EWOLDT,**

Plaintiff,

v.                                                             Case No.: 3:03-cv-1073-J-20TEM

**DENNY L. ROBINSON, BRIAN
WILLIAMSON, and HTG
DISTRIBUTORS, INC.,**

Defendants.
_____/

## ORDER

Before the Court is Defendants' Objections to and Motion to Set Aside Magistrate Judge's Order (Doc. No. 65, filed January 12, 2006). Plaintiff's response has not been filed and is due by the close of business on Monday, January 23, 2006. The Pretrial Conference is set for **Thursday, February 2, 2006** and the Trial term commences **Monday, March 6, 2006**. If Plaintiff waits until the expiration of the allotted time to respond to Defendants' Motion, it may interfere with the Pretrial Conference. A quicker filing of a response would facilitate a timely resolution of this matter, in an attempt to maintain the current schedule.

**DONE AND ENTERED** at Jacksonville, Florida, this 13 day of January, 2006.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**
Robert E. Bonner, Esq.
David M. Caton, Esq.
Heather A. Owen, Esq.
Robert G. Riegel, Esq.

1