FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 MAR -1  P 1: 37

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**JEANNETTE EWOLDT,**

Plaintiff,

v.  Case No.: 3:03-cv-1073-J-20TEM

**DENNY L. ROBINSON, BRIAN WILLIAMSON, and HTG DISTRIBUTORS, INC.,**

Defendants.
_____/

## ORDER

Before the Court is a Motion to Quash Subpoena for Trial and Alternative Motion for Protective Order (Doc. Nos. 87 and 93, filed February 23, 2006), by Non-Party Witness Ronald J. Rice, to which the Parties do not object (Doc. No. 94, filed February 28, 2006). Accordingly, Mr. Rice's Motion is **GRANTED**.

**DONE AND ENTERED** at Jacksonville, Florida, this 1st day of March, 2006.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**
Robert E. Bonner, Esq.
David M. Caton, Esq.
Heather A. Owen, Esq.
Lawrence M. Scott, Esq.
Robert G. Riegel, Esq.

J. Lester Kaney, Esq.
150 Magnolia Avenue
P.O. Box 2491
Daytona Beach, FL 32115-2491

1