UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2006 MAR -3 A 11: 21

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**JEANNETTE EWOLDT,**

    Plaintiff,

v.      Case No.: 3:03-cv-1073-J-20TEM

**DENNY L. ROBINSON, BRIAN WILLIAMSON, and HTG DISTRIBUTORS, INC.,**

    Defendants.

_____/

## ORDER

An *in camera* hearing, pursuant to Federal Rule of Civil Procedure 412, is hereby set for

**Monday, March 13, 2006 at 9:00 AM** in Courtroom 10 C before Judge Harvey E. Schlesinger.

**DONE AND ENTERED** at Jacksonville, Florida, this 3rd day of March, 2006.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**
Robert E. Bonner, Esq.
David M. Caton, Esq.
Heather A. Owen, Esq.
Lawrence M. Scott, Esq.
Robert G. Riegel, Esq.
Garry Randolph, CRD

1